**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 17 2019   ★

LONG ISLAND OFFICE

Ryan Albino,

        Plaintiff,

-against-

Client Services, Inc.,

        Defendant.

Docket No: 2:18-cv-05039-SJF-AKT

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: January 17, 2019

| **FINEMAN, KREKSTEIN & HARRIS, P.C.** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By:   /s Richard Perr<br>Richard Perr, Esq.<br>Ten Penn Center<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 893-9300<br>*Attorneys for Defendant* | By:   /s David M. Barshay<br>David M. Barshay<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 114182<br>*Attorneys for Plaintiff* |

The Clerk of Court is directed to close This case.
So ORDERED This 17th day of January 2019.

s/ Sandra J. Feuerstein

Sandra J. Feuerstein, U.S.D.J.